**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00199-KJD-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| WADE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 14, 2020 at 10:30 a.m., be vacated and continued to August 18, 2020 at the hour of 9:00 a.m. in courtroom 4A.; or to a time and date convenient to the court.

DATED this 30th day of June, 2020.

UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3